Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:
Debtor

Case No.: 06−15875−JHW
Chapter

Romona E Berry
Plaintiff

v.

Triad Financial Corporation
Defendant

Adv. Proc. No. 06−02048−JHW                Judge: Judith H. Wizmur

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on September 27, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 41 − 27, 36
Opinion (related document:[27] Motion re: Notice of Motion to File Tort Claim Out of Time filed by Plaintiff Romona E Berry, [36] Motion re: For leave to file amended answer filed by Cross−Claimant Triad Financial Corporation, Cross Defendant Triad Financial Corporation, Defendant Triad Financial Corporation).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendants and Defendants Attorneys. Signed on 9/27/2007 (eag)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 27, 2007
JJW: eag

                                James J. Waldron
                                Clerk